BOROUGH OF LEONIA v. M. J. REIS.

May 17, 1977. Petition for certification denied.

NEW JERSEY NATIONAL BANK v.
AZCO REALTY COMPANY, INC.

May 17, 1977. Petition for certification denied. (See 148
*N. J. Super.* 159)

STERLING KAYE v. STEPHEN A. ZINN.

May 17, 1977. Petition for certification denied.

ELEANOR GLICK v. JACK STONE.

May 17, 1977. Petition for certification denied.

GARDEN STATE FARMS, INC. v. MAYOR LOUIS BAY, II.

May 17, 1977. Petition for certification granted. (See 146
*N. J. Super.* 438)

WESLEY RYANES v. CITY OF NEWARK.

May 17, 1977. Petition for certification denied.